# In the United States Court of Federal Claims

No. 25-2049 C

Filed: December 22, 2025

```
*************************************
JOHN W. MARKHAM,              *
         Plaintiff,            *
                               *        JUDGMENT
     v.                        *
                               *
                               *
THE UNITED STATES,             *
         Defendant.            *
*************************************
```

Pursuant to the court's Order, filed December 19, 2025,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

Lisa L. Reyes
Clerk of Court

By: *Ashley Reams*
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.